⚖AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
JUN - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CALIFORNIA _____ DEPUTY

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __CALIFORNIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JUAN JOSE CARRILLO(1) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 06CR0860-J<br><br>James Matthew Brown<br>Defendant's Attorney |

REGISTRATION No. 99018198

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No.   __One and Two__

[ ] was found in violation of allegation(s) No.   _____   after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Unlawful use of controlled substance (nv3) |
| 2 | Failure to complete punitive RRC placement (nv24) |

__Probation__ is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

June 2, 2008
Date of Imposition of Sentence

*(signature)*
HON. NAPOLEON A. JONES, JR.
UNITED STATES DISTRICT JUDGE

06CR0860-J

AO 245B  (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: JUAN JOSE CARRILLO(1)
CASE NUMBER: 06CR0860-J

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

Nine (9) months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____.

  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

06CR0860-J